# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-MJ-00162-PJC |
| | ) |
| RONALD ALEXANDER | ) |
| PAZ-RODRIGUEZ, | ) |
| EVA ESTRADA JUAREZ, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR DETENTION

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e), and hereby requests that the Court detain the defendant pending hearing.

Respectfully submitted,

R. TRENT SHORES
UNITED STATES ATTORNEY

*/s/ Christopher J. Nassar*
Christopher J. Nassar, OBA No. 31167
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700

## CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of July, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing:

                              */s/ Christopher J. Nassar*
                              Christopher J. Nassar
                              Assistant United States Attorney