

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**
JAN 1 9 2021
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 20-CR-00082-JED |
| Plaintiff, | ) |
| | ) **INFORMATION** |
| | ) [COUNT 1: 18 U.S.C. § 1597 – |
| v. | ) Unlawful conduct with respect to |
| | ) immigration documents; |
| RONALD ALEXANDER RODRIGUEZ-PAZ, | ) COUNT 2: 18 U.S.C. § 1546(a)– Use or |
| a/k/a "Ronald Alexander Paz-Rodriguez" | ) Possession of False Immigration |
| | ) Documents] |
| Defendant. | ) |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. § 1597]

Between on or about September 14, 2016, and on or about December 13, 2019, in the Northern District of Oklahoma, the defendant, **RONALD ALEXANDER RODRIGUEZ-PAZ**, a/k/a "Ronald Alexander Paz-Rodriguez," did knowingly destroy, conceal, remove, confiscate, or possess immigration documents of another individual, D.Y.A, a minor female known to the United States Attorney, in order to, without lawful authority, maintain, prevent, or restrict the labor of services of D.Y.A.

All in violation of Title 18, United States Code, Section 1597.

## COUNT TWO
### [18 U.S.C. § 1546(a)]

Between on or about September 14, 2016, and on or about December 13, 2019, in the Northern District of Oklahoma, the defendant, **RONALD ALEXANDER RODRIGUEZ-PAZ**, a/k/a "Ronald Alexander Paz-Rodriguez," did knowingly utter, use, possess, obtain, and receive documents prescribed by statute and regulation for entry into and as evidence of an authorized stay and employment in the United States, that is, a lawful permanent resident card in his own name, which the defendant knew to be forged, counterfeited, and otherwise falsely made.

All in violation of Title 18, United States Code, Section 1546(a).


R. TRENT SHORES
UNITED STATES ATTORNEY

/s/ Ryan H. Heatherman
RYAN H. HEATHERMAN
Assistant United States Attorney